IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gerald W. Doubt | ) | Case No. 18-20049 GLT |
| Angela M. Doubt | ) | |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Document No. |
| Gerald W. Doubt | ) | |
| Angela M. Doubt | ) | Related to Document No. 79 |
|     Movant(s) | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## REPORT OF NO AUTOMOBILE FINANCING

AND NOW, come the debtors, Gerald and Angela Doubt, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On December 4, 2020, this Honorable Court signed an Order authorizing the Debtors to purchase a new or used motor vehicle for an amount up to $25,000.00.

2. Debtors did not finance a replacement vehicle.

WHEREFORE, the debtors, Gerald and Angela Doubt, respectfully file this report of no financing.

                                              Respectfully submitted,

June 22, 2022                                /s/ Kenneth Steidl
DATE                                          Kenneth Steidl, Esquire
                                              Attorney for the Debtor
                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              ken.steidl@steidl-steinberg.com
                                              PA I. D. No.  34965