IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Gerald W. Doubt ) | Case No. 18-20049 GLT |
| Angela M. Doubt ) | |
|    Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | Related to Docket No. 89 |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Allied Interstate, Ally Auto, Ally Bank, ) | |
| American Eagle Visa Card, Butler Hospital, Butler ) | |
| Surgery Center, Capital One Bank, JP Morgan Chase, ) | |
| Client Services, DirecTv, Discover, Discover Bank, First ) | |
| Savings Bank, Freedom Mortgage, Kohl's, Lowe's, ) | |
| Mohela, NES Collection Agency, Nordstroms, PRA ) | |
| Receivables Management, Paypal, PA Dept. of Revenue, ) | |
| Peoples Gas Co., Premier Plastic Surgery Center, RGS ) | |
| Collections, Rezk Medical Supply Co., Synchrony Bank, ) | |
| Stearns Lending, GM Card and HSBC, Gap Card, ) | |
| Transworld Systems, UPMC, Verizon, Walmart ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this  27th Day of June        , 2022, after consideration of

the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED,

ADJUDGED and DECREED that:

1. The Application for Interim Compensation is approved in the additional amount of $4,095.00 for

   work performed in the Chapter 13 case by Debtors' counsel from July 25, 2017, to June 2, 2022.

2. The Debtors paid their counsel for administrative costs and expenses totaling $335.00 (which

   included the court filing fee of $335.00) prior to case filing. Expenses reimbursement of $0.00 is

   being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $1,400.00

   retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,600.00 by

   the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

      fees in this case for Debtor's counsel is $8,095.00, with the total to be paid through the Plan by the Trustee being up to $6,695.00 (representing the $2,600.00 previously approved to be paid (as set forth above), an additional $915.00 that was approved as part of the Amended Chapter 13 Plan dated May 15, 2020 (at Doc. 67) which was confirmed on July 21, 2020, (at Doc. 72), and the remaining fees of up to $3,180.00 that will be provided for in an amended plan that is to be filed within thirty days of the entry of this Order;

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $4,095.00

FURTHER ORDERED:

_____
Hon. Gregory L. Taddonio
United States Bankruptcy Judge

drb

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20049-GLT
Gerald W. Doubt  Chapter 13
Angela M. Doubt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Jun 27, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Doubt, Angela M. Doubt, 310 Penn Ave., Lyndora, PA 16045-1058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Kenneth Steidl | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lauren M. Lamb | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 27, 2022 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lois M. Vitti | |
| | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 12