**Form 604**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gerald W. Doubt** | : | Case No. 18−20049−GLT |
| **Angela M. Doubt** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 103 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/24/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

　　　　**AND NOW,** this ***The 27th of November, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 103 by the Chapter 13 Trustee,

　　　　It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

　　　　(1)　***On or before January 11, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

　　　　(2)　This Motion is scheduled for hearing on ***January 24, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

　　　　(3)　If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

　　　　(4)　Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 18-20049-GLT

Gerald W. Doubt                                                           Chapter 13

Angela M. Doubt
     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 27, 2023 | Form ID: 604 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Doubt, Angela M. Doubt, 310 Penn Ave., Lyndora, PA 16045-1058 |
| 14754528 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14754532 | + | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14754534 | + | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 15426491 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14754546 | + | NES Collection Agency, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 14754549 | + | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14754551 | + | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14754550 | + | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14754552 | + | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14754553 | + | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14754555 | + | The GM Card & HSBC & Capital One, PO Box 71107, Charlotte, NC 28272-1107 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2023 00:31:35 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768907 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2023 00:26:00 | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14921628 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2023 00:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754529 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2023 00:26:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14754531 | ^ | MEBN | Nov 28 2023 00:12:40 | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14754533 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Nov 28 2023 00:27:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14754536 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:31:22 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 01:12:01 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14754535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:31:44 | Capital One Bank, PO Box 71107, Charlotte, NC |

District/off: 0315-2                      User: auto                                        Page 2 of 4
Date Rcvd: Nov 27, 2023                   Form ID: 604                                  Total Noticed: 49

|  |  |  |  |
|---|---|---|---|
|  |  |  | 28272-1107 |
| 14921251 | Email/PDF: bncnotices@becket-lee.com | | |
|  |  | Nov 28 2023 00:31:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14754541 | + Email/Text: mediamanagers@clientservices.com | | |
|  |  | Nov 28 2023 00:26:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14942551 | Email/Text: G06041@att.com | | |
|  |  | Nov 28 2023 00:28:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14768920 | Email/Text: mrdiscen@discover.com | | |
|  |  | Nov 28 2023 00:26:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14911224 | Email/Text: mrdiscen@discover.com | | |
|  |  | Nov 28 2023 00:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14754542 | Email/Text: BNSFS@capitalsvcs.com | | |
|  |  | Nov 28 2023 00:27:00 | First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 15426492 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
|  |  | Nov 28 2023 00:27:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14937280 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
|  |  | Nov 28 2023 00:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14768922 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|  |  | Nov 28 2023 00:31:24 | Gap Card, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14768923 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
|  |  | Nov 28 2023 00:26:00 | HSBC Card, P.O. Box 17051, Baltimore, MD 21297-1051 |
| 14754540 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
|  |  | Nov 28 2023 01:25:31 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14754543 | Email/Text: PBNCNotifications@peritusservices.com | | |
|  |  | Nov 28 2023 00:26:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754544 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|  |  | Nov 28 2023 00:31:36 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14754545 | Email/Text: EBN@Mohela.com | | |
|  |  | Nov 28 2023 00:27:00 | MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14911618 | Email/Text: EBN@Mohela.com | | |
|  |  | Nov 28 2023 00:27:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14754547 | + Email/Text: bnc@nordstrom.com | | |
|  |  | Nov 28 2023 00:27:26 | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14755276 | + Email/PDF: rmscedi@recoverycorp.com | | |
|  |  | Nov 28 2023 00:54:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14754548 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|  |  | Nov 28 2023 00:42:28 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14910250 | + Email/Text: ebnpeoples@grblaw.com | | |
|  |  | Nov 28 2023 00:27:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14946899 | + Email/Text: bncmail@w-legal.com | | |
|  |  | Nov 28 2023 00:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14940038 | + Email/PDF: ebn_ais@aisinfo.com | | |
|  |  | Nov 28 2023 00:31:48 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14754554 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|  |  | Nov 28 2023 00:31:32 | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14768935 | + Email/Text: bankruptcydepartment@tsico.com | | |
|  |  | Nov 28 2023 00:28:00 | Transworld System Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 14754557 | ^ MEBN | | |
|  |  | Nov 28 2023 00:12:52 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14754556 | ^ MEBN | | |
|  |  | Nov 28 2023 00:13:11 | UPMC, c/o Transworld Systems, 300 Cedar Ridge |

Drive, Suite 307, Pittsburgh, PA 15205-1159

14942854          Email/PDF: ebn_ais@aisinfo.com

Nov 28 2023 00:31:51     Verizon, by American InfoSource as agent, PO
                         Box 248838, Oklahoma City, OK 73124-8838

14754559          ^  MEBN

Nov 28 2023 00:12:42     Walmart & Synchrony Bank, c/o FMS Inc., PO
                         Box 707600, Tulsa, OK 74170-7600

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14768906 | * | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14768908 | * | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14956993 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754530 | *+ | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14768909 | *+ | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14768911 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14768910 | *+ | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14768912 | *+ | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 14754537 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754538 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768914 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768915 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768916 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768917 | * | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14768913 | *+ | Capital One Bank, PO Box 71107, Charlotte, NC 28272-1107 |
| 14768919 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14768921 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 14768918 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14768924 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14768925 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768926 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14768927 | *+ | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14768928 | *+ | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14768929 | *+ | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14768931 | *+ | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14768930 | *+ | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14768932 | *+ | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14768933 | *+ | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14768934 | *+ | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14754558 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768937 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768938 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768936 | *+ | UPMC, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14768939 | *+ | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 0 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2                    User: auto                    Page 4 of 4

Date Rcvd: Nov 27, 2023                 Form ID: 604                   Total Noticed: 49

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Kenneth Steidl | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13