**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GERALD W. DOUBT<br>ANGELA M. DOUBT<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-20049<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/05/2018 and confirmed on 10/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,240.50 |
| Less Refunds to Debtor | 1,275.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 99,964.65 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,860.00 | |
|    Trustee Fee | 4,686.91 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,546.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 37,794.82 | 0.00 | 37,794.82 |
|     Acct: 7838 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 4,941.63 | 4,941.63 | 0.00 | 4,941.63 |
|     Acct: 7838 | | | | |
|   ALLY BANK(*) | 5,891.42 | 5,891.42 | 343.14 | 6,234.56 |
|     Acct: 9561 | | | | |
|   ALLY BANK(*) | 14,025.00 | 14,025.00 | 1,576.41 | 15,601.41 |
|     Acct: 1440 | | | | |
| | | | | 64,572.42 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD W. DOUBT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD W. DOUBT | 1,275.85 | 1,275.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,765.00 | 2,765.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,095.00 | 4,095.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,007.20 | 0.00 | 5,007.20 |
|     Acct: 4241 | | | | |
| | | | | 5,007.20 |
| **Unsecured** | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 2,618.00 | 1,439.90 | 0.00 | 1,439.90 |
|     Acct: 5570 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1781 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE SURGERY CENTER AT BENBROOK A | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2912 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1401 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0297 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0164 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0030 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6974 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7597 | | | | |
|   DISCOVER BANK(*) | 4,744.91 | 2,609.70 | 0.00 | 2,609.70 |
| Acct: 3704 | | | | |
|   FIRST SAVINGS CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2011 | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 315.89 | 173.74 | 0.00 | 173.74 |
| Acct: 9211 | | | | |
|   HSBC CARD SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9698 | | | | |
|   CAPITAL ONE NA** | 365.79 | 201.18 | 0.00 | 201.18 |
| Acct: 2179 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4932 | | | | |
|   US DEPARTMENT OF EDUCATION/MOHEL | 22,690.88 | 12,479.98 | 0.00 | 12,479.98 |
| Acct: 1688 | | | | |
|   NORDSTROMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8574 | | | | |
|   SYNCHRONY BANK | 798.44 | 439.14 | 0.00 | 439.14 |
| Acct: 9319 | | | | |
|   PREMIER PLASTIC SURGERY AND DERM/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1579 | | | | |
|   REZK MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1575 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3704 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9211 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2766 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5658 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6187 | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 720.08 | 396.04 | 0.00 | 396.04 |
| Acct: 1874 | | | | |
|   ALLY BANK(*) | 1,189.26 | 654.09 | 0.00 | 654.09 |
| Acct: 1440 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP I | 414.28 | 227.85 | 0.00 | 227.85 |
| Acct: 4578 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 139.89 | 76.94 | 0.00 | 76.94 |
| Acct: 1578 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 253.74 | 139.56 | 0.00 | 139.56 |
| Acct: 0001 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1874 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |

18-20049                                                                                               Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | RGS COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 18,838.12 |

TOTAL PAID TO CREDITORS                                                                          88,417.74

TOTAL CLAIMED
PRIORITY           0.00
SECURED      24,858.05
UNSECURED    34,251.16

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   GERALD W. DOUBT
   ANGELA M. DOUBT
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:18-20049

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20049-GLT |
| Gerald W. Doubt | Chapter 13 |
| Angela M. Doubt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Doubt, Angela M. Doubt, 310 Penn Ave., Lyndora, PA 16045-1058 |
| 14754528 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14754532 | + | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14754534 | + | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 15426491 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14754546 | + | NES Collection Agency, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 14754549 | + | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14754551 | + | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14754550 | + | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14754552 | + | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14754553 | + | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14754555 | + | The GM Card & HSBC & Capital One, PO Box 71107, Charlotte, NC 28272-1107 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2023 00:31:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768907 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2023 00:26:00 | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14921628 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2023 00:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754529 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2023 00:26:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14754531 | ^ | MEBN | Nov 28 2023 00:12:40 | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14754533 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Nov 28 2023 00:27:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14754536 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 01:11:27 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:54:34 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14754535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:31:43 | Capital One Bank, PO Box 71107, Charlotte, NC |

| District/off: 0315-2 | | User: auto | | Page 2 of 4 |
|---|---|---|---|---|
| Date Rcvd: Nov 27, 2023 | | Form ID: pdf900 | | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1107 |
| 14921251 | | Email/PDF: bncnotices@becket-lee.com | Nov 28 2023 00:31:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14754541 | + | Email/Text: mediamanagers@clientservices.com | Nov 28 2023 00:26:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14942551 | | Email/Text: G06041@att.com | Nov 28 2023 00:28:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14768920 | | Email/Text: mrdiscen@discover.com | Nov 28 2023 00:26:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14911224 | | Email/Text: mrdiscen@discover.com | Nov 28 2023 00:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14754542 | | Email/Text: BNSFS@capitalsvcs.com | Nov 28 2023 00:27:00 | First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 15426492 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 28 2023 00:27:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14937280 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 28 2023 00:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14768922 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:31:35 | Gap Card, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14768923 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 28 2023 00:26:00 | HSBC Card, P.O. Box 17051, Baltimore, MD 21297-1051 |
| 14754540 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2023 00:42:10 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14754543 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 28 2023 00:26:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754544 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:42:39 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14754545 | | Email/Text: EBN@Mohela.com | Nov 28 2023 00:27:00 | MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14911618 | | Email/Text: EBN@Mohela.com | Nov 28 2023 00:27:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14754547 | + | Email/Text: bnc@nordstrom.com | Nov 28 2023 00:27:03 | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14755276 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2023 00:42:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14754548 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:42:28 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14910250 | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14946899 | + | Email/Text: bncmail@w-legal.com | Nov 28 2023 00:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14940038 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:54:49 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14754554 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:42:27 | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14768935 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 28 2023 00:28:00 | Transworld System Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 14754557 | ^ | MEBN | Nov 28 2023 00:12:54 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14754556 | ^ | MEBN | Nov 28 2023 00:13:12 | UPMC, c/o Transworld Systems, 300 Cedar Ridge |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14942854 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:31:47 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14754559 | | ^ MEBN | Nov 28 2023 00:12:43 | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14768906 | * | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14768908 | * | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14956993 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754530 | *+ | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14768909 | *+ | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14768911 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14768910 | *+ | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14768912 | *+ | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 14754537 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754538 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768914 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768915 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768916 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768917 | * | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14768913 | *+ | Capital One Bank, PO Box 71107, Charlotte, NC 28272-1107 |
| 14768919 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14768921 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 14768918 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14768924 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14768925 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768926 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14768927 | *+ | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14768928 | *+ | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14768929 | *+ | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14768931 | *+ | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14768930 | *+ | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14768932 | *+ | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14768933 | *+ | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14768934 | *+ | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14754558 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768937 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768938 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768936 | *+ | UPMC, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14768939 | *+ | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 0 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Denise Carlon
on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

George M Conway
on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Kenneth Steidl
on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Angela M. Doubt
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
on behalf of Debtor Gerald W. Doubt
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lois M. Vitti
on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com loismvitti@vittilaw.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 13