| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gerald W. Doubt<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1688<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Angela M. Doubt<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1284<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–20049–GLT | | |

## Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gerald W. Doubt                           Angela M. Doubt

<u>1/16/24</u>                                        **By the court:** <u>Gregory L Taddonio</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20049-GLT |
| Gerald W. Doubt | Chapter 13 |
| Angela M. Doubt | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Doubt, Angela M. Doubt, 310 Penn Ave., Lyndora, PA 16045-1058 |
| 14754528 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14754532 | + | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14754534 | + | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 15426491 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14754546 | + | NES Collection Agency, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 14754549 | + | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14754551 | + | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14754550 | + | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14754552 | + | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14754553 | + | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14754555 | + | The GM Card & HSBC & Capital One, PO Box 71107, Charlotte, NC 28272-1107 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Jan 17 2024 08:57:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768907 | EDI: GMACFS.COM | Jan 17 2024 08:57:00 | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14921628 | EDI: GMACFS.COM | Jan 17 2024 08:57:00 | Ally Bank, PO Box 130424, Roseville MN |

Case 18-20049-GLT   Doc 114   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc
                    Imaged Certificate of Notice        Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

| ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | 55113-0004 |
| 14754529 | + | EDI: GMACFS.COM | Jan 17 2024 08:57:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14754531 | ^ | MEBN | Jan 17 2024 03:58:38 | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14754533 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Jan 17 2024 04:00:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14754536 | | EDI: CAPITALONE.COM | Jan 17 2024 08:57:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754539 | | EDI: CAPITALONE.COM | Jan 17 2024 08:57:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14754535 | + | EDI: CAPITALONE.COM | Jan 17 2024 08:57:00 | Capital One Bank, PO Box 71107, Charlotte, NC 28272-1107 |
| 14921251 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:08:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14754541 | + | Email/Text: mediamanagers@clientservices.com | Jan 17 2024 04:00:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14942551 | | EDI: DIRECTV.COM | Jan 17 2024 08:57:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14768920 | | EDI: DISCOVER | Jan 17 2024 08:57:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14911224 | | EDI: DISCOVER | Jan 17 2024 08:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14754542 | | Email/Text: BNSFS@capitalsvcs.com | Jan 17 2024 04:00:00 | First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 15426492 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14937280 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14768922 | + | EDI: SYNC | Jan 17 2024 08:57:00 | Gap Card, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14768923 | | EDI: HFC.COM | Jan 17 2024 08:57:00 | HSBC Card, P.O. Box 17051, Baltimore, MD 21297-1051 |
| 14754540 | | EDI: JPMORGANCHASE | Jan 17 2024 08:57:00 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14754543 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 04:00:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754544 | + | EDI: SYNC | Jan 17 2024 08:57:00 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14754545 | | Email/Text: EBN@Mohela.com | Jan 17 2024 04:00:00 | MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14911618 | | Email/Text: EBN@Mohela.com | Jan 17 2024 04:00:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14754547 | + | Email/Text: bnc@nordstrom.com | Jan 17 2024 04:00:28 | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14755276 | + | EDI: PRA.COM | Jan 17 2024 08:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14754548 | + | EDI: SYNC | Jan 17 2024 08:57:00 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14910250 | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14946899 | + | Email/Text: bncmail@w-legal.com | | |

Case 18-20049-GLT   Doc 114   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | Bypass | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 17 2024 04:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14940038 | + | EDI: AIS.COM | Jan 17 2024 08:57:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14754554 | + | EDI: SYNC | Jan 17 2024 08:57:00 | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14768935 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 17 2024 04:01:00 | Transworld System Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 14754557 | ^ | MEBN | Jan 17 2024 03:58:43 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14754556 | ^ | MEBN | Jan 17 2024 03:58:11 | UPMC, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14942854 | | EDI: AIS.COM | Jan 17 2024 08:57:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14754559 | ^ | MEBN | Jan 17 2024 03:58:38 | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14768906 | * | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14768908 | * | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14956993 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754530 | *+ | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14768909 | *+ | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14768911 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14768910 | *+ | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14768912 | *+ | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 14754537 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754538 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768914 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768915 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768916 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768917 | * | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14768913 | *+ | Capital One Bank, PO Box 71107, Charlotte, NC 28272-1107 |
| 14768919 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14768921 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 14768918 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14768924 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14768925 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768926 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14768927 | *+ | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14768928 | *+ | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14768929 | *+ | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14768931 | *+ | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14768930 | *+ | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14768932 | *+ | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14768933 | *+ | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

| | | |
|---|---|---|
| 14768934 | *+ | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14754558 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768937 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768938 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768936 | *+ | UPMC, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14768939 | *+ | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 0 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 18, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Kenneth Steidl | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, |

District/off: 0315-2     User: auto     Page 5 of 5

Date Rcvd: Jan 16, 2024     Form ID: 3180W     Total Noticed: 51

PNGbankruptcy@peoples-gas.com

Thomas Song

on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 13