IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/16/24 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   GERALD W. DOUBT
   ANGELA M. DOUBT
        Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:18-20049

Chapter 13

Related to Dkt. No. 103

ORDER OF COURT

  AND NOW, this 16th day of January 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

*[signature]*

GREGORY L. ADDONIO    jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20049-GLT |
| Gerald W. Doubt | Chapter 13 |
| Angela M. Doubt | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Doubt, Angela M. Doubt, 310 Penn Ave., Lyndora, PA 16045-1058 |
| 14754528 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14754532 | + | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14754534 | + | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 15426491 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14754546 | + | NES Collection Agency, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 14754549 | + | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14754551 | + | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14754550 | + | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14754552 | + | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14754553 | + | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14754555 | + | The GM Card & HSBC & Capital One, PO Box 71107, Charlotte, NC 28272-1107 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2024 04:08:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768907 | | Email/Text: ally@ebn.phinsolutions.com | Jan 17 2024 04:00:00 | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14921628 | | Email/Text: ally@ebn.phinsolutions.com | Jan 17 2024 04:00:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754529 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 17 2024 04:00:00 | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14754531 | ^ | MEBN | Jan 17 2024 03:58:39 | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14754533 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Jan 17 2024 04:00:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14754536 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:08:27 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:08:31 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14754535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:08:26 | Capital One Bank, PO Box 71107, Charlotte, NC |

Case 18-20049-GLT   Doc 115   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1107 |
| 14921251 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:08:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14754541 | + | Email/Text: mediamanagers@clientservices.com | Jan 17 2024 04:00:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14942551 | | Email/Text: G06041@att.com | Jan 17 2024 04:01:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14768920 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14911224 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14754542 | | Email/Text: BNSFS@capitalsvcs.com | Jan 17 2024 04:00:00 | First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 15426492 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14937280 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14768922 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:30 | Gap Card, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14768923 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 17 2024 04:00:00 | HSBC Card, P.O. Box 17051, Baltimore, MD 21297-1051 |
| 14754540 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:08:30 | Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14754543 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 04:00:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14754544 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:31 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14754545 | | Email/Text: EBN@Mohela.com | Jan 17 2024 04:00:00 | MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14911618 | | Email/Text: EBN@Mohela.com | Jan 17 2024 04:00:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14754547 | + | Email/Text: bnc@nordstrom.com | Jan 17 2024 04:00:23 | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14755276 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14754548 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:27 | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14910250 | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14946899 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14940038 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 04:08:24 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14754554 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:30 | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14768935 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 17 2024 04:01:00 | Transworld System Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 14754557 | ^ | MEBN | Jan 17 2024 03:58:42 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14754556 | ^ | MEBN | Jan 17 2024 03:58:10 | UPMC, c/o Transworld Systems, 300 Cedar Ridge |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14942854 | | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 04:08:24 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14754559 | ^ | MEBN | Jan 17 2024 03:58:39 | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14768906 | * | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14768908 | * | Ally Auto, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14956993 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14754530 | *+ | Ally Bank, PO Box 9001951, Louisville, KY 40290-1951 |
| 14768909 | *+ | American Eagle Visa Card, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14768911 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14768910 | *+ | Butler Hospital, c/o Penn Credit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 14768912 | *+ | Butler Surgery Center, c/o Collection Service Center, Inc., 106 North Mckean St., PO Box 1623, Butler, PA 16003-1623 |
| 14754537 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14754538 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768914 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768915 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768916 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768917 | * | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14768913 | *+ | Capital One Bank, PO Box 71107, Charlotte, NC 28272-1107 |
| 14768919 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14768921 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings, PO Box 2509, Omaha, NE 68103-2509 |
| 14768918 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 1423, Charlotte, NC 28201 |
| 14768924 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14768925 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768926 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |
| 14768927 | *+ | Nordstroms, PO Box 6566, Englewood, CO 80155-6566 |
| 14768928 | *+ | Paypal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14768929 | *+ | Premier Plastic Surgery Center, 14000 Perry Highway, Wexford, PA 15090-8491 |
| 14768931 | *+ | RGS Collection Agency, 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 14768930 | *+ | Rezk Medical Supply Company, 115 South Main Street, Carrolltown, PA 15722-7206 |
| 14768932 | *+ | Stearns Lending, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14768933 | *+ | The Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14768934 | *+ | The Gap Card, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14754558 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768937 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768938 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768936 | *+ | UPMC, c/o Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14768939 | *+ | Walmart & Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |

TOTAL: 0 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Kenneth Steidl | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Gerald W. Doubt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13